**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

|   |   |   |
|---|---|---|
| **CHRISTINA OTHON,** | : | **3:18-cv-00958-KAD** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WESLEYAN UNIVERSITY** | : | |
| **Defendant** | : | |
| _____ | : | **APRIL 10, 2019** |

### MOTION FOR DEFAULT

The Plaintiff, Christina Othon, pursuant to Rules 15 and 55 of the Federal Rules of Civil

Procedure hereby submits this Motion for Default because of Defendant's failure to adhere to the

rules of pleading and discovery as required by Federal Rules of Civil Procedure. Defendant was

required to file an answer to the Amended Complaint by March 15, 2019, but has not done so. It

is also Plaintiff's position that the default is warranted due to Defendant's flagrant disregard for

this Court's requirements with respect to Initial Discovery Protocols and the Federal Rules of

Civil Procedure as applicable to written discovery, and repeated attempts to mislead this Court.

Plaintiff submits herewith a Memorandum of Law in support of this Motion for Default.

PLAINTIFF
CHRISTINA OTHON


By:    /s/ Heena Kapadia 11869
        Heena Kapadia (ct11869)
        Law Office of Heena Kapadia
        572 White Plains Road
        Trumbull, Connecticut 06611
        Phone:203-288-8006
        hkapadia@heenakapadialaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the above date, Plaintiff's Motion for Default was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Heena Kapadia 11869
Heena Kapadia